IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVAN WIGGINS
ADC #156573                                                                PLAINTIFF

v.                          No. 5:15-cv-190-DPM-JJV

DAVID D. KNOTT, Lieutenant, Tucker Unit,
ADC; GREG MOORE, Captain, Tucker Unit,
ADC; SONYA ANISSA PEPPERS-DAVIS,
Medical Staff, Tucker Unit, ADC; MICHAEL
M. LOWE, Major/Chief of Security, Tucker Unit,
ADC; STEPHEN WILLIAMS, Warden,
North Central Unit; MARVIN EVANS, JR,
Deputy Director, ADC; and RAYMOND NAYLOR,
Hearing Administrator, ADC                                                 DEFENDANTS

ORDER

Unopposed partial recommendation, № 10, adopted. FED. R. CIV. P. 72(b)(3) (1983 Addition to Advisory Committee Notes). Wiggins's claims against Defendants Williams, Lowe, Evans, and Naylor are dismissed without prejudice for failure to state a claim. Wiggins's claim against Defendant Peppers-Davis is dismissed without prejudice because Peppers-Davis was improperly joined. FED. R. CIV. P. 20 (a)(2).

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2015