IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVAN WIGGINS
ADC #156573                                                              PLAINTIFF

v.                           No. 5:15-cv-190-DPM-JJV

DAVID KNOTT, Lieutenant, Tucker Unit,
Arkansas Department of Correction; and
GREG MOORE, Captain, Tucker Unit,
Arkansas Department of Correction                                        DEFENDANTS

ORDER

Unopposed recommendation, № 22, adopted. FED. R. CIV. P. 72(b) (1983

Addition to Advisory Committee Notes). Motion for preliminary injunction,

№ 16, denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 August 2015