IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVAN WIGGINS
ADC #156573                                                                PLAINTIFF

v.                         No. 5:15-cv-190-DPM

DAVID KNOTT, Lieutenant, Tucker Unit,
Arkansas Department of Correction; and
GREG MOORE, Captain, Tucker Unit,
Arkansas Department of Correction                              DEFENDANTS

ORDER

Unopposed recommendation, № 29, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Defendants' motion to dismiss, № 18, is granted in part and denied in part. Wiggins's official-capacity claims are dismissed with prejudice. The motion is otherwise denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 September 2015