IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVAN WIGGINS
ADC #156573                                                                PLAINTIFF

v.                          No. 5:15-cv-190-DPM

DAVID D. KNOTT, Lieutenant, Tucker Unit,
Arkansas Department of Correction; and
GREG MOORE, Captain, Tucker Unit,
Arkansas Department of Correction                      DEFENDANTS

ORDER

Unopposed recommendation, № 36, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Defendants' motion for summary judgment, № 30, is granted. Wiggins's individual-capacity claims against Defendants Knott and Moore are dismissed without prejudice for failure to exhaust. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 October 2015