# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DEVAN WIGGINS
ADC #156573                                                                    PLAINTIFF

v.                          No. 5:15-cv-190-DPM

DAVID D. KNOTT, Lieutenant, Tucker Unit,
Arkansas Department of Correction;
GREG MOORE, Captain, Tucker Unit,
Arkansas Department of Correction;
SONYA ANISSA PEPPERS-DAVIS,
Medical Staff, Tucker Unit, ADC; MICHAEL
M. LOWE, Major/Chief of Security, Tucker Unit,
ADC; STEPHEN WILLIAMS, Warden, North
Central Unit; MARVIN EVANS, JR., Deputy Director,
ADC; and RAYMOND NAYLOR, Hearing
Administrator, ADC                                                             DEFENDANTS

## JUDGMENT

1. Wiggins's claims against Defendants Lowe, Williams, Evans, and Naylor are dismissed without prejudice for failure to state a claim.

2. Wiggins's claims against Defendant Peppers-Davis are dismissed without prejudice as improperly joined.

3. Wiggins's official-capacity claims against Defendants Knott and Moore are dismissed with prejudice.

4. Wiggins's individual-capacity claims against Defendants Knott and Moore are dismissed without prejudice for failure to exhaust.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 October 2015